UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDI RASHID MOHAMED,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | CASE NO. C23-0834-KKE<br><br>ORDER TO SHOW CAUSE |

This matter came before the Court on Plaintiff Abdi Rashid Mohamed's complaint, filed June 5, 2023.  Dkt. No. 1.  "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  As of the entry of this Order, Plaintiff has not filed proof or service or a waiver.  Accordingly, the Court ORDERS Plaintiff to show cause by November 16, 2023, as to why this matter should not be dismissed without prejudice for failure to timely effectuate service.

Dated this 20th day of October, 2023.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1