UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDI RASHID MOHAMED,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>     Defendant. | CASE NO. C23-0834-KKE<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

The Complaint in this matter was filed on June 5, 2023.  Dkt. No. 1.  On October 20, 2023, the Court entered an order to show cause based on Plaintiff's failure to provide proof that service of process had been effectuated upon Defendant as required by Fed. R. Civ. P. 4(m).  Dkt. No. 6. Plaintiff was ordered to respond by November 16, 2023.  *Id.*  There being no response by Plaintiff and no showing that service has been effectuated on Defendant, this matter is dismissed without prejudice for failure to prosecute.

Dated this 28th day of November, 2023.

Kymberly K Evanson
_____
Kymberly K. Evanson
United States District Judge